# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SS Body Armor I, Inc., *et al.*, | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |
| Jon Jacks, | Civil Action No. 21-cv-895 |
| Appellant, | Civil Action No. 21-cv-896 |
| v. | Civil Action No. 21-cv-897 |
| SS Body Armor I, Inc., | Civil Action No. 21-cv-898 |
| Appellee. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that ARENT FOX LLP and THE ROSNER LAW GROUP LLC hereby appear as counsel to the Recovery Trust of S.S. Body Armor I, Inc. (the "Recovery Trust") and request that all notices given or required to be given and all papers served or required to be serviced in this case, be delivered to and served upon the counsel set forth in the signature block below.

{00031036. }

Date: June 28, 2021
     Wilmington, Delaware     **THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:  302-777-1111
rosner@teamrosner.com
leonhardt@teamrosner.com
gibson@teamrosner.com
liu@teamrosner.com

     *-and-*

**ARENT FOX LLP**

George P. Angelich (*pro hac vice* motion pending)
Beth Brownstein (*pro hac vice* motion pending)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
(212) 484-3900 (Tel.)
(212) 484-3990 (Fax)
george.angelich@arentfox.com
beth.brownstein@arentfox.com

Jackson D. Toof (*pro hac vice* motion pending)
Emily B. Slavin (*pro hac vice* motion pending)
1717 K Street, N.W.
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
jackson.toof@arentfox.com
emily.slavin@arentfox.com

*Counsel for the Recovery Trust*