IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| SS Body Armor I, Inc., *et al.*, | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |
| Jon Jacks, | Civil Action No. 21-cv-895 |
| Appellant, | Civil Action No. 21-cv-896 |
| v. | Civil Action No. 21-cv-897 |
| SS Body Armor I, Inc., | Civil Action No. 21-cv-898 |
| Appellee. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Beth M. Brownstein, Esquire of Arent Fox LLP to represent the Recovery Trust of S.S. Body Armor I, Inc. in this matter.

Dated: June 28, 2021
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Jason A. Gibson (DE 6091)
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Phone: (302) 777-1111
Email: gibson@teamrosner.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
United States District Judge

{00031042. }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

Dated:  June 28, 2021                  */s/ Beth M. Brownstein*
        New York, NY                Beth M. Brownstein
                                         ARENT FOX LLP
                                         1301 Avenue of the Americas, 42nd Floor
                                         New York, NY 10019
                                         Phone: (212) 457-5415
                                         Email: beth.brownstein@arentfox.com