**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Bankr. Case No. 10-11255 (CSS)<br>Jointly Administered |
| Jon Jacks,<br><br>　　　　Appellant,<br>　　　　　　v.<br><br>SS Body Armor I, Inc., *et al.*, The Recovery<br>Trust for SS Body Armor I, Inc., *et al.*,<br><br>　　　　Appellees. | Civ. Action No. 21-895-MN<br>Civ. Action No. 21-896-MN<br>Civ. Action No. 21-897-MN<br>Civ. Action No. 21-898-MN |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that appellee SS Body Armor I, Inc., *et al*. ("SS Body Armor"), hereby appears by its counsel Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby requests that copies of all papers given or required to be given in this case and copies of all papers served or required to be served, be given and served upon SS Body Armor through service upon PSZJ, at the addresses, telephone numbers, facsimile numbers, and electronic mail addresses set forth below.

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones, Esq.
Alan J. Kornfeld, Esq.
James E. O'Neill, Esq.
Elissa A. Wagner, Esq.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
ewagner@pszjlaw.com

DOCS_DE:235125.1 70934/001

Dated: June 30, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
James E. O'Neill (DE Bar No. 4042)
Elissa A. Wagner (CA Bar No. 213589)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
akornfeld@pszjlaw.com
joneill@pszjlaw.com
ewagner@pszjlaw.com

*Counsel to Appellee, SS Body Armor I, Inc., et al.*