IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al*.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 10-11255 (CSS)<br><br>(Jointly Administered) |
| Jon Jacks,<br><br>                    Appellant.<br>   v.<br><br>SS Body Armor I, Inc., *et al*., The Recovery Trust for SS Body Armor I, Inc., *et al*.<br><br>                  Appellees. | Civ. Action No. 21-895-MN<br><br>Civ. Action No. 21-896-MN<br><br>Civ. Action No. 21-897-MN<br><br>Civ. Action No. 21-898-MN |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Young Conaway Stargatt & Taylor hereby enters its appearance as counsel to (i) Brian K. Ryniker, solely in his capacities as Recovery Trustee of the Recovery Trust established pursuant to the *Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors* (as modified, amended, or supplemented, the "Plan")[1] and member of the Post-Confirmation Debtor Oversight Committee, (ii) Larry R. Ellis, solely in his capacity as member of the Recovery Trust Committee, (iii) Sanjay Nayar, solely in his capacity as member of the Recovery Trust Committee, (iv) Rick Rosenbloom, solely in his capacities as member of the Post-Confirmation Debtor Oversight Committee and member of the Recovery Trust Committee, and (v) Jack Thurmon, solely in his capacity as a member of the Post-Confirmation Debtor Oversight Committee (collectively,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

28366582.2

"<u>Messrs. Ryniker, Ellis, Rosenbloom, Nayar and Thurmon</u>") and requests that that all notices given or required to be given and all papers served or required to be served in this case, be delivered to and served upon the counsel set forth in the signature block below.

| | |
|---|---|
| Dated: July 16, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ *Ashley E. Jacobs*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Ashley E. Jacobs (No. 5635)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256<br>Email:  sbeach@ycst.com<br>            mneiburg@ycst.com<br>            ajacobs@ycst.com<br><br>*Counsel to Messrs. Ryniker, Ellis, Rosenbloom, Nayar and Thurmon* |