# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SS Body Armor I, Inc., *et al*., | Case No. 10-11255 (CSS) |
| Debtors. | (Jointly Administered) |
| Jon Jacks, | Civ. Action No. 21-895-MN |
| Appellant. | Civ. Action No. 21-896-MN |
| v. | Civ. Action No. 21-897-MN |
| SS Body Armor I, Inc., *et al*., The Recovery Trust for SS Body Armor I, Inc., *et al*. | Civ. Action No. 21-898-MN |
| Appellees. | |

## **CERTIFICATE OF SERVICE**

I, Brenda S. Walters, hereby certify that on July 16, 2021, I caused to be electronically filed a true and correct copy of the Notice of Appearance and Request for Service of Papers with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants. I further certify that on July 16, 2021**,** I caused the Notice of Appearance to be served by electronic mail on the following:

    Jon Jacks
    1479 Ashford Avenue #912
    San Juan PR 00907
    Email: jon@stockhub.com

| | |
|---|---|
| Dated: July 19, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Brenda S. Walters*<br>Brenda S. Walters, Paralegal<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256 |